ATTACHMENT A

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5647 TRANSCRIPT
*Page 1 of 3*

**Date of recording:**   May 27, 2007

**Time of recording:**   20:49:53 – 20:50:58

## ABBREVIATIONS

*[II]:*     *Ininteligible*                          [UI]:   Unintelligible

*[F]:*     *Fonético*                                 [PH]:   Phonetic

[xx]:    [*Anotaciones del traductor*]     [xx]:   Translator's notes

*Letra no itálica:* Hablado en inglés en la versión original     *Italics:* Originally spoken in English

*//:*     *Hablan simultáneamente*          //:      Speak simultaneously

## PARTICIPANTS:

**FLORES:**        Samuel FLORES Borrego, a/k/a "Metro Tres," "Comandante Tres"

**LOPEZ:**         Ediel LOPEZ Falcon, a/k/a "Muela"

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5647 TRANSCRIPT
*Page 2 of 3*

## TRANSCRIPTION/TRANSLATION

| | Speaker | Spanish | English |
|---|---|---|---|
| 1 | **FLORES:** | *¿Qué onda, güey?* | What's up, dude? |
| 2 | **LOPEZ:** | *Me dice que tienen allí en Houston tiene—tienen dos (2) tres, cero ochos (308s), un R-quince (R-15), y un (1) AK-cuarenta y siete (AK-47).* | He tells me that they have there in Houston, he has—they have two (2), three zero eights (308), one R-fifteen (R-15) and one (1) AK-forty-seven (AK-47). |
| 3 | **FLORES:** | *'ta  bueno, órale, háblale al Negro que se [INTERRUPCIÓN], acá se los pagas tú, cómo quieras.* | That's good, alright, did you tell El Negro to [INTERRUPTION] you pay for them here, anyway. |
| 4 | **LOPEZ:** | *Ya está, ya está. Y aquí en Roma está…está ese…ese otro. Mañana a ver cómo le hago pa' cruzarlo.  El, el otro hay lo tiene.* | Done deal, done deal. And here in Roma there is… that other one. Tomorrow we'll how to get it over. The, the [UI] |
| 5 | **FLORES:** | *Órale. Qué dijiste que tiene allá? [II] [INTERRUPCIÓN] Tres, cero, ocho (308) ¿qué más?* | Alright. What [UI] he have there [UI] [INTERRUPTION] Three, zero, eight (308). What else? |
| 6 | **LOPEZ:** | *Son dos (2)…dos (2) tres, cero, ochos (308s). Un R-quince (R-15), y un AK-cuarenta y siete (AK-47). Yo aquí tengo un R-quince (R-15) también. Ahí tengo yo un AR-quince (15) aquí esperando.* | There are two (2)… two (2), three, zero, eights (308). One (1), R-fifteen (R-15), and one (1) AK-forty-seven. I have an R-fifteen (R-15) here too. I have an R-fifteen (R-15) here waiting too. |
| 7 | **FLORES:** | *Ahí te lo encargo [II]* | I'm asking you to get that for me [UI] |
| 8 | **LOPEZ:** | *Pero tengo el nomás ahí—no trae cargado nomás, pero ahí—ese ahí está. Un R-quince (R-15).* | But I only have there—it doesn't have a magazine that's all, but there—that one is there. An R-fifteen (R-15). |
| 9 | **FLORES:** | *Órale, órale.* | Alright, alright. |
| 10 | **LOPEZ:** | *Ahorita le quiero hablar al carnal a ver qué tiene también él.* | I'm going to call the brother now to see what he has too. |
| 11 | **FLORES:** | *Pa' que les hable el Negrito, güey, allá anda en Houston pa' que los agarre.* | And call Negrito, dude, he's there in Houston, so he can grab them. |
| 12 | **LOPEZ:** | *Okey.* | Okay. |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5647 TRANSCRIPT
*Page 3 of 3*

        *[FIN DE LA GRABACIÓN]*        [END OF RECORDING]

*Voice attributions herein were provided by someone other than the translator.*