ATTACHMENT B

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5797_*TRANSCRIPT*
*Page 1 of 2*

**Date of recording:**   May 28, 2007

**Time of recording:**   20:29:17 – 20:30:24

**ABBREVIATIONS**

| | | | |
|---|---|---|---|
| *[II]:* | *Ininteligible* | [UI]: | Unintelligible |
| *[F]:* | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Letra no itálica:* Hablado en inglés en la versión original | | *Italics:* Originally spoken in English | |
| //: | *Hablan simultáneamente* | //: | Speak simultaneously |

**PARTICIPANTS:**

**FLORES:**        Samuel FLORES Borrego, a/k/a "Metro Tres," "Comandante Tres"

**LOPEZ:**         Ediel LOPEZ Falcon, a/k/a "Muela"

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5797_*TRANSCRIPT*
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | **Speaker** | *Spanish* | **English** |
|---|---|---|---|
| 1 | **LOPEZ** | *Adelante. Adelante.* | Go ahead. Go ahead. |
| 2 | **FLORES** | *[II]* | [UI] |
| 3 | **LOPEZ** | *Adelante, adelante.* | Go ahead, go ahead. |
| 4 | **FLORES** | *¿Qué onda, güey, qué onda?* | What's up, dude, what's up? |
| 5 | **LOPEZ** | *Ah! Que le voy a dar... dije... le voy a dar doce (12) a Caco...lo de usted.* | Oh! I'm going to give… I said… I'm going to give twelve (12) to Caco… of yours. |
| 6 | **FLORES** | *Esta bueno güey, háblele, háblele.* | That's fine, dude, call him, call him. |
| 7 | **LOPEZ** | *Ya le hablé, le hablé. A ver si esta semana me traiga eso ya desparrame algo ahí ya nomás es que me estén entregando. [II]* | I already called him, I called him. To see if this week he could bring me that already from [UI] something there, it's just for them to be delivering it to me. [UI] |
| 8 | **FLORES** | *Está bueno. ¿No brincaste el R-15 y el cuerno?* | That's fine. Did you jump the R-15 and the AK? |
| 9 | **LOPEZ** | *No, fíjese que se me peló el R-quince, chingado. El R-quince aquí lo tengo. Falta el cuerno, a ver, el cuerno se lo cruzo mañana. Se me peló de a madre.* | No, look I forgot the R-fifteen (R-15), fuck. I have the R-fifteen (R-15). That leaves the AK, let's see, I will cross the AK for you tomorrow. I fucking forgot. |
| 10 | **FLORES** | *Órale. [II]* | Alright. [UI] |
| 11 | **LOPEZ** | *En la mañana le entrego el R [II] en la mañana le hablo a Caco para que agarre el R-quince (R-15) [II] está cerrada la casa [II]. Y, y en la mañana le digo al muchacho que me lo cruce.* | In the morning I'll deliver the R to you [UI] in the morning I'm going to talk to Caco for him to grab the R-fifteen (R-15) [UI] the house is locked [UI]. And, and in the morning I'll tell the guy to cross it over for. |
| 12 | **FLORES** | *Bueno.* | Alright. |
| 13 | **LOPEZ** | *Ahorita le hablo y le dice como quiera, a ver si...si va a tener tiempo para [II]* | I'll call him soon and you tell him anyway, to see if… if he's going to have time to [UI] |
| 14 | **FLORES** | *Órale, güey.* | Alright, dude. |
| | | *[FIN DE LA GRABACIÓN]* | [END OF RECORDING] |

*Voice attributions herein were provided by someone other than the translator.*