# ATTACHMENT C

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5363_TRANSCRIPT
*Page 1 of 2*

**Date of recording:**   May 25, 2007

**Time of recording:**   14:36:59 - 14:38:02

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| *[II]:* | *Ininteligible* | [UI]: | Unintelligible |
| *[F]:* | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Letra no itálica:* Hablado en inglés en la versión original | | *Italics:* Originally spoken in English | |
| *//:* | *Hablan simultáneamente* | //: | Speak simultaneously |

## PARTICIPANTS:

**FLORES:**   Samuel FLORES Borrego, a/k/a "Metro Tres," "Comandante Tres"

**LOPEZ:**   Ediel LOPEZ Falcon, a/k/a "Muela"

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ediel Lopez Falcon*
*Case No.:*
334010004344446_5363_TRANSCRIPT
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | **Speaker** | *Spanish* | **English** |
|---|---|---|---|
| 1 | **FLORES:** | *¿Qué onda, qué onda?* | What's up, what's up? |
| 2 | **LOPEZ:** | *Oíga, ahorita me estaba hablando…Tavo [F], del transporte. Dice que allá en Oaxaca que le está hablando un vato de la Federal de Camino. Que tiene detenido un tráiler Kenwood [F]. Y el chavo está diciendo que es de ese señor. Y nomás quiere saber si sí o no es del señor, yo creo lo suelta.* | Listen, just now… Tavo [PH] was calling me, from the transport. He says that there in Oaxaca there's a guy from the Federal Highway Police talking to him. That he has a Kenwood [PH] trailer pulled over. And the guy is saying that it's that man's. And he just wants to know whether or not it's that man's, I think he'll let it go. |
| 3 | **FLORES:** | *Pedo güey. Mira güey ando aquí en Laredo, güey. Aguántame tantito, güey, aguántame tantito.* | Shit, dude. Look, dude, I'm here, here in Laredo, dude. Bear with me, dude, bear with me. |
| 4 | **LOPEZ:** | *Entonces está el señor de las vacas. La vaquita yo creo donde está diciendo el Tavo [F]. Que nomás quiere saber si sí es cierto, si es del señor, yo creo que lo suelta. Dije, "Pos yo le voy a preguntar. Porque yo no tengo comunicación con ese hombre. Entonces yo voy a hablar con Samuel a ver que…a ver si es del señor, así nomás".* | So the guy with the cows is there. The little cow I think is where Tavo [PH] is saying. That he just wants to know if it's true, if it's the man's and I think he'll let it go. I said, "Well I'm going to ask him. Because I'm not in touch with that man. So, I'm going to call Samuel to see if… to see if it's that man's, that's all." |
| 5 | **FLORES:** | *Pues aguánteme pues. Ando bien retirado—carnal, ahorita aquí ando envergado, ando voy llegando aquí a Laredo ahorita te marco en chinga aguántame.* | Well, bear with me. I'm far away—brother, right now I'm here fucking busy, I'm arriving here in Laredo I'll call you right back soon, bear with me. |
| 6 | **LOPEZ:** | *Órale, ya está.* | Alright, |
| | | *[FIN DE LA GRABACIÓN]* | [END OF RECORDING] |

*Voice attributions herein were provided by someone other than the translator.*