ATTACHMENT D

*SOL*
*(713) 693-3241*

| | |
|---|---|
| CASE No: | **M3-07-0084** |
| TARGET No: | **956-234-7077** |
| EXHIBIT No: | **N–** |
| CALL NUMBER | **0627** |
| MONITOR: | **A. ACOSTA** |
| TRANSCRIBER: | **A. ACOSTA** |
| OUTGOING No: | **IMSI=316010115072865** |
| SUBSCRIBER: | **NOT AVAILABLE** |
| LOCATION: | **UNKNOWN** |
| DATE: | **JULY 25, 2008** |
| TIME: | **16:40:49 - 16:42:44** |
| DURATION: | **0:01:55** |
| LANGUAGE: | **SPANISH** |
| PARTICIPANTS: | **ONESIMO CRUZ AKA NEGRO, ONE, PRIETO** |
| | **EDIEL LOPEZ AKA MUELA, CINCO, CINCOPETES** |

*SOL*
*(713) 693-3241*

2

**[BEGINNING OF CONVERSATION]**

**MUELA:**     COME IN, COME IN.

**ONESIMO:**  TALK TO ME, BUDDY.  TALK TO ME.

**MUELA:**     HEY, I WAS TALKING TO JUANILLO, AND JUANILLO SAYS, "WELL, THEY ARE ALREADY STARTING TO TAKE IN VEHICLES LIKE THAT. THINGS HAVE EASED UP.  IT'S NOT AS TOUGH." I SAID, "WELL, SHIT. LET ME TALK TO 'EL NEGRITO' TO SEE [STUTTERS], MAYBE IT IS EASIER LIKE THAT."

**ONESIMO:**  [STUTTERS] HOWEVER YOU THINK, BUDDY.  IT'S NOT A PROBLEM. [STUTTERS] WHAT JUANITO SAID IS TRUE. [BACKGROUND: RUSTLING SOUNDS] THE GUYS HAVE EASED UP.  THEY ARE NOT LIKE BEFORE.

**MUELA:**     AND IF NOT, [U/I] START TAKING IT LIKE THAT. [STUTTERS] HE TOLD ME, "ASK HIM [U/I]." HE SAID, "COMPARED TO THE WAY THEY WERE, THEY HAVE ALREADY EASED UP."

**ONESIMO:**  OH, YES.  NO, [STUTTERS] YEAH A LOT... A LOT, BUDDY... A LOT. YEAH, THINGS HAVE EASED UP NOW.  NO, WELL, YOU... YOU ARE THE ONE THAT IS IN CHARGE, YOU ARE THE BOSS.  WE CAN TELL THIS GUY, OR WE CAN GO WITH JUANITO, HOWEVER YOU WANT.

**MUELA:**     YEAH, [STUTTERS] THAT WAY WE CAN TAKE LITTLE BY LITTLE [STUTTERS] TO WEAR YOU WANT TO GO.  YOU CAN JUST GO AND

*Case No:*   **M3-07-0084**                           *Exhibit No:*   **N-c0627 (AA) / ()**

*SOL*
*(713) 693-3241*

|  |  |
|---|---|
|  | DROP IT OFF.  IT SEEMS A LOT MORE [U/I] LIKE THAT TOO, RIGHT? |
| **ONESIMO:** | ALL RIGHT.  IT'S BAD ASS LIKE THAT TOO, BUDDY, BECAUSE WE ARE NOT GIVING THEM EVERYTHING. |
| **MUELA:** | YEAH, THAT'S WHAT I THOUGHT.  I SAID, "LIKE THAT THEY WILL ARRIVE EASIER."  THEY WILL GO MORE RELAXED AND [STUTTERS]... ALL OF THAT WILL GO MORE RELAXED [U/I] WHAT HE TAKES. |
| **ONESIMO:** | YES, MAN.  IF YOU WANT, WE CAN DO IT WITH JUANITO.  [STUTTERS] THAT'S THE WAY WE HAVE BEEN DOING IT, MAN... AND WE HAVE BEEN MAKING IT. |
| **MUELA:** | YEAH, BECAUSE IT IS TOO MUCH MESS JUST LIKE YOU SAY.  IT'S TOO MUCH FUCKING... AND THEN, YOU [U/I] OVER THERE.  MAN. [GIGGLES].  LET JUAN CHECK RIGHT THERE. [STUTTERS] WE WILL CALL YOU IN A LITTLE WHILE TO SEE WHAT THE DEAL IS. |
| **ONESIMO:** | YOU KNOW WHAT ELSE, BUDDY?  WE ARE ONLY WORKING FOR YOU RIGHT HERE, MAN.  WITH THOSE OTHER GUYS, WHO KNOWS, OR FOR WHO AND WHERE THEY GO AND WHERE THEY LEAVE.  WHO KNOWS HOW THAT APPARATUS IS. |
| **MUELA:** | YES, YES.  YEAH, AND RIGHT NOW LIKE HE SAID, THEY ALREADY EASED UP.  HE SAID, "MAN, THEY ARE PROBABLY HEARING A SHIT LOAD OF PEOPLE OVER THERE."  WELL, WE HAVEN'T HEARD A LOT. |

*Case No:*  **M3-07-0084**                                              *Exhibit No:*   **N-c0627 (AA) / ()**

*SOL*
*(713) 693-3241*

4

BEFORE, YES, YOU WOULD HEAR THEM ALL THE TIME.   BUT, YEAH, LET ME GO TO JUANILLO'S.   WE WILL WORK ON A GOOD VEHICLE AROUND THERE.

**ONESIMO:**   ALL RIGHT, BUDDY. DONE DEAL, DONE DEAL.   STANDBY.   STANDBY.

**[END OF CONVERSATION]**

**[END OF CALL]**

*Case No:*   **M3-07-0084**                                                              *Exhibit No:*   **N-c0627 (AA) / ()**